IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT BITTINGER, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-10-1745 |
| | § | |
| WELLS FARGO BANK NA, *In Its* | § | |
| *Name and as Trustee for the Certificate* | § | |
| *Holders of Soundview Home Loan Trust* | § | |
| *2007-OPTI, Asset-Backed Certificates* | § | |
| *Series 2007-OPTI, et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on November 8, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge